## Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.** 12:40pm – 1:00pm

Date: 4/4/11 Time: 11:10AM – 12:00pm.

DOCKET NUMBER: 10CR54

DEFENDANT'S NAME: Juan Carlos Cuenca

√ Present ___ Not Present √ In Custody ___ Bail

DEFENSE COUNSEL: Richard J. Diaz

___ Legal Aid ___ CJA √ Retained

AUSA: Alexander A. Solomon Deputy Clerk: Ilene Lee

INTERPRETER: Estrellita Plested (Language) Spanish

COURT REPORTER: Henry Shapiro.

√ Case called.

Defendant: √ sworn ___ arraigned √ informed of rights

√ Waives trial before District Court.

___ Waiver of indictment executed.

___ Superseding Indictment/Information filed.

___ Defendant failed to appear, Bench Warrant issued.

√ Defendant enters a plea of GUILTY to Count(s) TWO of the Indictment.

___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___ ___ of the ___.

√ Court finds factual basis for the plea.

___ Sentencing set for ___ @ ___.

___ Deft continued on $___ Bond. √ Deft continued in Custody.

___ Bail set in the amount of $___ and deft released.

___ Case adjourned until ___ for ___.

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA.
Pursuant to Federal Rule 11 of Criminal Procedure Judge ___ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

–Sentencing date is set for August 12, 2011 at 2:00pm.